# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

**DOCKETING SECTION**
404-215-1655

February 29, 2012

Mark N. Harper, Clerk
State Court of Fulton County
185 Central Ave., Room TG-100
Atlanta, GA 30303

    Re: ***LUIS VAZQUEZ-ESCOBAR v. GABLES RESIDENTIAL SERVICES, INC., et al***
         Your Case Number: 10EV010298C

Dear Mr. Harper:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

                            Sincerely,

                            James N. Hatten
                            District Court Executive
                              and Clerk of Court

                      By:  s/ Harry F. Martin
                                Deputy Clerk

Enclosure